**EXHIBIT A**

18

**MOTION FOR AWARD OF SERVICE EXPENSES AND ATTORNEY FEES; SUPPORTING MEMORANDUM OF POINTS AND AUTHORITIES; AND DECLARATIONS**



Andy Liu <andy@quan.legal>

### 5:20-cv-09098-NC - Request for waiver of service of Summoms under FRCP 4(d)

**Andy Liu** <andy@quan.legal>  Thu, Dec 17, 2020 at 3:29 PM
To: LEON JEW <leon.jew@dahyee.com>
Cc: Alice Chao <alice.chao@dahyee.com>, "Ljewpt@gmail.com" <Ljewpt@gmail.com>, Tyson Lin <tyson.lin@dahyee.com>, Lauren Quan <lauren@quan.legal>, Andrew Quan <andrew@quan.legal>

Good afternoon Mr. Jew,

We filed a civil complaint (5:20-cv-09098-NC ) against the various entities to which your representation in the Talece will probably extend.

We are not sure about the business hours of some of the corporate defendants due to Covid-19 restrictions current in place in the Santa Clara County, and thus respectfully request, pursuant to FRCP 4(d), that these defendants accept service by returning a signed copy of the Notice Of Lawsuit And Request To Waive Service Of Summons, an example of which is provided below:

https://cand.uscourts.gov/wp-content/uploads/forms/civil-forms/AO_398.pdf.

Please let us know whether the potential defendants intend to comply with  FRCP 4(d). If Defendants fail to comply with Rule 4(d), we will ask the court to award attorney fees and costs for effectuating the service of summons.

Thank you.
Andy Liu

**EXHIBIT B**

19

**MOTION FOR AWARD OF SERVICE EXPENSES AND ATTORNEY FEES; SUPPORTING MEMORANDUM OF POINTS AND AUTHORITIES; AND DECLARATIONS**



Andy Liu <andy@quan.legal>

---

**5:20-cv-09098-NC - Request for waiver of service of Summoms under FRCP 4(d)**

---

**LEON JEW** <leon.jew@dahyee.com>  Fri, Dec 18, 2020 at 12:30 PM
To: Andy Liu <andy@quan.legal>, Lauren Quan <lauren@quan.legal>
Cc: Alice Chao <alice.chao@dahyee.com>, Tyson Lin <tyson.lin@dahyee.com>

Hi Andy,

It seems that you know the defendants quite well -- **none of them is my client**.  It was my first time hearing some of the names.

I know nothing about which lawyer(s) will represent them.

Happy Holiday!

Leon

---

**From:** Andy Liu <andy@quan.legal>
**Sent:** Friday, December 18, 2020 12:16 PM
**To:** LEON JEW <leon.jew@dahyee.com>; Lauren Quan <lauren@quan.legal>
**Cc:** Alice Chao <alice.chao@dahyee.com>; Tyson Lin <tyson.lin@dahyee.com>
**Subject:** Re: Fw: 5:20-cv-09098-NC - Request for waiver of service of Summoms under FRCP 4(d)

[Quoted text hidden]

**EXHIBIT C**

20

**MOTION FOR AWARD OF SERVICE EXPENSES AND ATTORNEY FEES; SUPPORTING MEMORANDUM OF POINTS AND AUTHORITIES; AND DECLARATIONS**

 Andy Liu <andy@quan.legal>

## 2nd Requet for a meet and confer re attorney fee and cost under Rule 4 - 5:20-cv-09098-EJD BuildSimHub Inc. v. Beijing Jianyi Investment Development (Group) Co. Ltd. et al Notice of Appearance

**Andy Liu** <andy@quan.legal>    Thu, Feb 4, 2021 at 7:09 PM
To: LEON JEW <Leon.Jew@dahyee.com>, Alice Chao <alice.chao@dahyee.com>, Ljewpt@gmail.com, Tyson Lin <tyson.lin@dahyee.com>
Cc: Andrew Quan <andrew@quan.legal>, Lauren Quan <lauren@quan.legal>

Mr. Jew,

When are you available for a meet and confer re Plaintiff's request for Defendants to pay attorney fee and cost after Defendants were notified, but refused to waiver service. This is our second request to meet and confer. We hope to resolve this issue without a motion.

I am available tomorrow for the most of the day.

Thank you.
Andy Liu

---------- Forwarded message ---------
From: <ECF-CAND@cand.uscourts.gov>
Date: Thu, Feb 4, 2021 at 9:43 AM
Subject: Activity in Case 5:20-cv-09098-EJD BuildSimHub Inc. v. Beijing Jianyi Investment Development (Group) Co. Ltd. et al Notice of Appearance
To: <efiling@cand.uscourts.gov>

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

California Northern District

### Notice of Electronic Filing

The following transaction was entered by Jew, Leon on 2/4/2021 at 9:43 AM PST and filed on 2/4/2021

**Case Name:**           BuildSimHub Inc. v. Beijing Jianyi Investment Development (Group) Co. Ltd. et al
**Case Number:**         5:20-cv-09098-EJD
**Filer:**               Jianyi Investment and Development Inc.
**Document Number:** 23

**Docket Text:**
NOTICE of Appearance by Leon Emmanuel Jew (Jew, Leon) (Filed on 2/4/2021)

5:20-cv-09098-EJD Notice has been electronically mailed to:

Leon Emmanuel Jew &nbsp &nbsp Leon.Jew@dahyee.com, alice.chao@dahyee.com, Ljewpt@gmail.com, tyson.lin@dahyee.com

Zheng Liu &nbsp &nbsp Andy.Liu@aptumlaw.us, andrew@quan.legal, andy@quan.legal, lauren@quan.legal, zz24tc@gmail.com

5:20-cv-09098-EJD Please see Local Rule 5-5; Notice has NOT been electronically mailed to:

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\fakepath\Notice of Appearance 9098.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=2/4/2021] [FileNumber=17760374-0]
[0c02bb6946839a529fd605af30c1f3104387774883da546ecc021b819415c3b4f6fc4
d36d63adf0bc21e9f67112e20f35d03a31f98452fd3b6e858113f9ef617]]

**EXHIBIT D**

# LAFFEY MATRIX

| Year | Adjustmt Factor** | Paralegal/ Law Clerk | 1-3 | 4-7 | 8-10 | 11-19 | 20 + |
|---|---|---|---|---|---|---|---|
| 6/01/20- 5/31/21 | 1.015894 | $206 | $378 | $465 | $672 | $759 | $914 |
| 6/01/19- 5/31/20 | 1.0049 | $203 | $372 | $458 | $661 | $747 | $899 |
| 6/01/18- 5/31/19 | 1.0350 | $202 | $371 | $455 | $658 | $742 | $894 |
| 6/01/17- 5/31/18 | 1.0463 | $196 | $359 | $440 | $636 | $717 | $864 |
| 6/01/16- 5/31/17 | 1.0369 | $187 | $343 | $421 | $608 | $685 | $826 |
| 6/01/15- 5/31/16 | 1.0089 | $180 | $331 | $406 | $586 | $661 | $796 |
| 6/01/14- 5/31/15 | 1.0235 | $179 | $328 | $402 | $581 | $655 | $789 |
| 6/01/13- 5/31/14 | 1.0244 | $175 | $320 | $393 | $567 | $640 | $771 |
| 6/01/12- 5/31/13 | 1.0258 | $170 | $312 | $383 | $554 | $625 | $753 |
| 6/01/11- 5/31/12 | 1.0352 | $166 | $305 | $374 | $540 | $609 | $734 |
| 6/01/10- 5/31/11 | 1.0337 | $161 | $294 | $361 | $522 | $589 | $709 |
| 6/01/09- 5/31/10 | 1.0220 | $155 | $285 | $349 | $505 | $569 | $686 |
| 6/01/08- 5/31/09 | 1.0399 | $152 | $279 | $342 | $494 | $557 | $671 |
| 6/01/07-5/31/08 | 1.0516 | $146 | $268 | $329 | $475 | $536 | $645 |
| 6/01/06-5/31/07 | 1.0256 | $139 | $255 | $313 | $452 | $509 | $614 |
| 6/1/05-5/31/06 | 1.0427 | $136 | $249 | $305 | $441 | $497 | $598 |
| 6/1/04-5/31/05 | 1.0455 | $130 | $239 | $293 | $423 | $476 | $574 |
| 6/1/03-6/1/04 | 1.0507 | $124 | $228 | $280 | $405 | $456 | $549 |
| 6/1/02-5/31/03 | 1.0727 | $118 | $217 | $267 | $385 | $434 | $522 |
| 6/1/01-5/31/02 | 1.0407 | $110 | $203 | $249 | $359 | $404 | $487 |
| 6/1/00-5/31/01 | 1.0529 | $106 | $195 | $239 | $345 | $388 | $468 |

21

MOTION FOR AWARD OF SERVICE EXPENSES AND ATTORNEY FEES; SUPPORTING MEMORANDUM
OF POINTS AND AUTHORITIES; AND DECLARATIONS