Zheng "Andy" Liu (SBN 279327)
Jingyi Guo (SBN 335448)
**Aptum Law**
1660 South Amphlett Blvd. Suite 315
San Mateo, CA 94402
Tel.: (650) 475-6289
Fax: (510) 987-8411
Email: Andy.Liu@AptumLaw.us
*Attorneys for Plaintiff BuildSimHub Inc.*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| BuildSimHub Inc., a Delaware corporation,<br><br>                Plaintiff,<br><br>v.<br><br>Beijing Jianyi Investment Development (Group) Co. Ltd., a China Limited company; Jianyi Investment and Development Inc., a California corporation; Jianyi Silicon Vally LLC, a California Limited Liability Company; Jianyi 1201 San Pablo LLC, a California Limited Liability Company; and Lanhai Su, an individual;<br><br>                Defendants. | Case No.: 5:20-cv-9098<br><br>**NOTICE OF PENDENCY OF ACTION UNDER CALIFORNIA CODE OF CIVIL PROCEDURE § 405.20 (LIS PENDENS)** |

///

///

///

///

NOTICE IS HEREBY GIVEN that an action has been commenced in the United State District Court for the Northern District of California in the above-entitled court, Case No. 5:20-cv-9098, concerning real properties and affecting the possession of and title to real properties by Plaintiff BuildSimHub Inc., against Defendants Beijing Jianyi Investment Development (Group) Co. Ltd., Jianyi Investment and Development Inc., Jianyi Silicon Vally LLC, Jianyi 1201 San Pablo LLC, and Lanhai Su.

The real properties comprising the subject matter of this action are as follows:

1. Located within the county of Santa Clara, 93 Castillo Ln, Milpitas, CA 95035, Assessor's Parcel Number 086-68-062. The mentioned parcel of real property is located within the State of California and is legally described as follows:

   > Lot 62, as shown on the Map of Tract 10077, Los Coches, filed for record on October 06, 2011 in Book 847 of Maps at Pages 18-38, amended by a Certificate of Correction recorded November 20, 2012 as Instrument No. 21963601 Santa Clara County Records.

2. Located within the county of Santa Clara, 1653 Old Piedmont Rd, San Jose, CA 95132, Assessor's Parcel Number 586-16-085. The mentioned parcel of real property is located within the State of California and is legally described as follows:

   > A portion of Lot 1, as shown on the Map of the Nunes-Cardoza Partition, recorded August 12, 1931 in Book Z of Maps, page 1, Santa Clara County Records, California.

3. Located within the county of Alameda, 1201-1205 San Pablo Ave, Berkeley, CA 94706, Assessor's Parcel Number 060-2405-001-00 & 060-2405-031-01. The mentioned two parcels of real property are located within the State of California and is legally described as follows:

   > Lot 1, 2, 3, 4 and 5 in Block V as shown on the Amended Map of Regents Park, filed in Book 18 of Maps, Page 38, Records of Alameda County. Said land described above pursuant to Lot Line Adjustment (Lot Merger) recorded November 7, 2006 as Instrument No. 2006415264 and re-

recorded March 9, 2007 as Instrument No. 2007099433, both of Official Records.

Dated: June 15, 2021                            Respectfully submitted,

By: _____
Jingyi Guo (SBN 335448)
*Attorney for Plaintiff BuildSimHub Inc.*

# ACKNOWLEDGMENT

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of __Yolo__ )

On __June 15th 2021__ before me, __Varun Joshi Notary Public__
(insert name and title of the officer)

personally appeared __Jingyi Guo__ ,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____   (Seal)

VARUN JOSHI
COMM. # 2251599
NOTARY PUBLIC - CALIFORNIA
SACRAMENTO COUNTY
COMM. EXPIRES JULY 29, 2022